No. 81–1238.  CASHELL v. UNITED STATES;
No. 81–1253.  SATTERWHITE v. UNITED STATES;
No. 81–1333.  WELCH v. UNITED STATES; and
No. 81–6062.  COCHRAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 656 F. 2d 1039.

No. 81–1254.  ATHENA PRODUCTS, LTD. v. UNITED STATES POSTAL SERVICE.  C. A. 11th Cir.  Certiorari denied.

No. 81–1288.  BRUNSWICK CORP. ET AL. v. FEDERAL TRADE COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 81–1302.  MONTEDISON S.P.A. v. PHILLIPS PETROLEUM CO. ET AL.; and
No. 81–1303.  STANDARD OIL CO. (INDIANA) v. PHILLIPS PETROLEUM CO. ET AL.  C. A. 3d Cir.  Certiorari denied.  Reported below: 664 F. 2d 356.

No. 81–1338.  ARROW TRANSPORTATION CO. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–1441.  BRONSTON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–1454.  CIANCI ET AL. v. DIVISION OF LIQUOR CONTROL, DEPARTMENT OF BUSINESS REGULATION.  Super. Ct. Conn., Hartford Jud. Dist.  Certiorari denied.

No. 81–1468.  COASTAL PETROLEUM CO. v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 81–1502.  MURNANE v. AMERICAN AIRLINES, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.